IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **Conrado Cruz Perez, Gerardo Gregorio Vega, Juan Francisco Monroy Poredes, and Marco Gonzales,** | **Plaintiffs** |
| v. | Civil Action No.: 1:15cv415-HSO-JCG |
| **Oscar Gonzales, individually; Oscar Gonzales d/b/a O.G. Construction a/k/a O G Inc.; Ronald Perkins, individually; Ronald Perkins d/b/a O.G. Construction a/k/a O G Inc.; and Memorial Hospital at Gulfport** | **Defendants** |

### DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant Memorial Hospital at Gulfport, by and through its attorneys of record and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for an order of dismissal as to Plaintiffs' claims against it under the Trafficking Victims Protection Reauthorization Act of 2008 and Mississippi state law. In support of its Motion, Memorial states that Plaintiffs have failed to allege any facts showing that Memorial should be liable, all as more fully explained in Memorial's Memorandum in Support of this Motion.

THIS the 21st day of March, 2016.

Respectfully submitted,

s/Steven R. Cupp
Steven R. Cupp (MSB #99975)
Jaklyn Wrigley (MSB #103773)
Fisher & Phillips LLP
2505 14th Street, Suite 300
Gulfport, MS 39501
Phone: 228-822-1440
Facsimile: 228-822-1441
scupp@laborlawyers.com
jwrigley@laborlawyers.com

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of March 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John A. Foxworth, Esq.
> FOXWORTH LAW OFFICE
> 1231 28th Street (39501)
> Post Office Box 2345
> Gulfport, Mississippi 39505
> Phone (228) 328-0200
> Fax (228) 328-0201
> john@foxworthlaw.com
>
> David C. Goff, Esq.
> DEUTSCH, KERRIGAN & STILES, LLP
> 2510 14th Street, Suite 1001
> Gulfport, Mississippi 39501
> Phone (228) 864-0161
> Fax (228) 863-5278
> dgoff@dkslaw.com

>> s/Steven R. Cupp
>> STEVEN R. CUPP, ESQ.

Steven R. Cupp, Esq. (MSB #99975)
Jaklyn Wrigley, Esq. (MSB #103773)
Fisher & Phillips LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
Phone:  228-822-1440
Fax:  228-822-1441
scupp@laborlawyers.com
jwrigley@laborlawyers.com

FPDOCS 31523965.1