UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Conrado Cruz Perez, Gerardo Gregorio
Vega, Juan Francisco Monroy Poredes,
And Marco Gonzales                                             PLAINTIFFS

v.                                          Civil Action No.: 1:15cv415-HSO-JCG

Oscar Gonzales, individually; Oscar
Gonzales d/b/a O.G. Construction a/k/a
O G Inc.; Ronald Perkins, individually; Ronald
Perkinds d/b/a O.G. Construction a/k/a O G Inc.;
And Memorial Hospital at Gulfport                              DEFENDANTS

## RESPONSE BY PLAINTIFFS TO DEFENDANT'S PARTIAL MOTION TO DISMISS

Comes now, the Plaintiffs, by and through their undersigned counsel of record and files this their *Response to Defendant's Partial Motion to Dismiss,* and in support of same states as follows, to-wit:

The Defendant, Memorial Hospital at Gulfport (Memorial), filed a Motion (Doc 8), along with a Memorandum in Support, (Doc 9) through which it seeks to dismiss Plaintiffs' claims contained in Count II of in the Plaintiffs' Complaint, as against Memorial, for violations under the William Wilberfore Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), as well as any state law causes of action.

Since the filing of same, counsel for the Plaintiffs and counsel for the Defendant, Memorial, have reached a resolution of the matters and issues contained in that Motion (Doc 8), and as such, the parties have agreed that the Plaintiffs will, and Plaintiffs do hereby, stipulate to a dismissal *without prejudice* of Plaintiffs' claims and allegations of TVPRA violations as well as any state law causes of action as contained in Count II of the Plaintiffs' Complaint as same

pertains only to Defendant, Memorial Hospital at Gulfport. This stipulation is limited to the claims articulated in Count II and only with regard to Defendant Memorial Hospital at Gulfport.

As such, no further response is required of the Plaintiffs regarding Defendant Memorial's Partial Motion to Dismiss (Doc 8) as all issues contained in have been resolved by stipulation and agreement.

RESPECTFULLY SUBMITTED, this the 11th day of April, 2016.

        Conrado Cruz Perez, Gerardo Gregorio
        Vega, Juan Francisco Monroy Poredes,
        And Marco Gonzales
        PLAINTIFFS

BY: FOXWORTH LAW OFFICE

   /s/ John A Foxworth, Jr.
   MS Bar No. 8944
   Foxworth Law Office
   1231 28th Street
   Gulfport, MS 39501
   228-328-0200 ó office
   228-328-0201 - fax

CERTIFICATE OF SERVICE

I, John A. Foxworth, Jr., do hereby certify that I have this day electronically filed the foregoing *Answer* and same has been forwarded to all counsels of record through the Federal PACER filing system.

THIS the 11th day of April, 2016.

        /s/ John A. Foxworth, Jr.
        JOHN A. FOXWORTH, JR
        MSB No. 8944

JOHN A. FOXWORTH, JR.
MS Bar No. 8944
Foxworth Law Office
1231 28th Street
Gulfport, MS 39501
228-328-0200 ó office
228-328-0201 - fax
john@foxworthlaw.com