IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CONRADO CRUZ PEREZ, GERARDO GREGORIO
VEGA, JUAN FRANCISCO MONROY POREDES,
AND MARCO GONZALES,                                            PLAINTIFFS

V.                                          CAUSE NO.: 1:15CV415-HSO-JCG

OSCAR GONZALES, INDIVIDUALLY; OSCAR
GONZALES D/B/A O.G. CONSTRUCTION A/K/A
O G INC.; RONALD PERKINS, INDIVIDUALLY; RONALD
PERKINS D/B/A O.G. CONSTRUCTION A/K/A O G INC.;
AND MEMORIAL HOSPITAL AT GULFPORT                DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

BEFORE THE COURT is Defendant Memorial Hospital at Gulfport's ("Memorial") Partial Motion to Dismiss [8] requesting the dismissal of certain claims asserted against it by Plaintiffs. Upon representations made by Counsel for Plaintiffs and Memorial, the Court finds that Plaintiffs and Memorial have agreed to resolve the Motion to dismiss the claims at issue in Memorial's Motion without prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims asserted by the Plaintiffs in Count Two of their Complaint (Paragraph Nos. 97 through 108) are hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Memorial Hospital at Gulfport only.

**IT IS**, **FURTHER**, **ORDERED AND ADJUDGED** that this Order of Partial Dismissal is limited to the claims asserted by the Plaintiffs in Count Two of

their Complaint (Paragraph Nos. 97 through 108) and only to the degree that such claims are asserted against Memorial. All claims, other than those asserted in Count Two, remain pending against Memorial, and all claims contained in Plaintiffs' Complaint remain pending against the other Defendants, until this Court rules otherwise.

      **SO ORDERED AND ADJUDGED**, this the 29th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE