IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CONRADO CRUZ PEREZ, GERARDO GREGORIO
VEGA, JUAN FRANCISCO MONROY POREDES,
AND MARCO GONZALES                                                         PLAINTIFFS

v.                                                       CAUSE NO.: 1:15CV415-HSO-JCG

OSCAR GONZALES, INDIVIDUALLY; OSCAR
GONZALES D/B/A O.G. CONSTRUCTION A/K/A
O G INC.; RONALD PERKINS, INDIVIDUALLY; RONALD
PERKINS D/B/A O.G. CONSTRUCTION A/K/A O G INC.;
AND MEMORIAL HOSPITAL AT GULFPORT                          DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the parties' representation that this matter has been settled.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 26th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE